

Holly G. Rogers
(203) 533-6255
Facsimile: (203) 721-8532
hrogers@melicklaw.com

ROBERT P. POWERS
JOHN F. ROONEY, III *(CT, DC, NH, NY, PA)
WILLIAM D. CHAPMAN
MICHAEL J. MAZURCZAK *(NY & WI)
WILLIAM L. KEVILLE, JR.
RICHARD E. HEIFETZ *(NH)
ROBERT T. TREAT
MICHAEL R. BYRNE
MARK S. BODNER *(NH)
WILLIAM P. ROSE
HOLLY G. ROGERS (CT & NY)
ROBERT W. HEALY *(NH)
T. DOS URBANSKI *(RI)
SHANNON MCQUEENEY DOHERTY*(NY)
CHRISTOPHER D. GEORGE
BRIAN C. DAVIS
CAROLYN M. MILLER
SYD A. SALOMAN *(RI)
CHRISTIAN H. HINRICHSEN *(ME, NH, RI)
MATTHEW B. DIMARIO *(RI)
CHRISTOPHER VAN TIENHOVEN *(RI & CT)
RENÉ M. PICKETT*(RI)
SHANNON M. O'NEIL *(RI)
LAUREN S. FACKLER *(NJ, NY & VT)
STEVEN M. BANKS (CT & NY)
VICTORIA M. RANIERI
JACQUELINE A. CROCKWELL *(RI, CT, NH & VT)
ALEXANDER W. AHRENS (CT)
LAUREN K. CAMIRE
LAUREN C. ROCHE
JOHN N. YOKOW
MICHAEL C. GRENIER
PARKER L. WILLIAMS *(DC)
KURT A. ROCHA*(RI & CT)
CHRISTOPHER A. COSTAIN *(CT)
NICHOLAS M. LUISE
STEPHANIE E. BENDECK *(FL)
SOPHIA P. BREENE *(NH)
MALIK EICE MUHAMMAD *(NY)
CASEY C. MILLER (CT)
ALEXANDRA J.L. ROMANO (NY)
MICHAEL W. STENGER (CT)
SAMANTHA J. SPICER (CT&NY)
ALEXANDRA D. BURROUGHS *(RI)
THOMAS C. DONOVAN
ELIZABETH A. VALENTINE

OF COUNSEL
DOUGLAS L. FOX *(FL)
ERIN J.M. ALARCON *(NH)
JENNIFER A. SUNDERLAND
JOHN A. SAKAKEENY

*ALSO ADMITTED

ONE LIBERTY SQUARE
BOSTON, MA 02109
(617) 523-6200
FAX (617) 523-8130

WORCESTER COUNTY
2 PARK CENTRAL DRIVE, SUITE 120
SOUTHBOROUGH, MA 01772
(508) 452-2020
FAX (508) 452-2021

ONE RICHMOND SQUARE
PROVIDENCE, RI 02906
(401) 941-0909
FAX (401) 941-6269

750 MAIN STREET, SUITE 100
HARTFORD, CT 06103
(203) 769-3111
FAX (203) 721-8532

900 MAIN STREET SOUTH
SOUTHBURY, CT 06488
(203) 596-0500
FAX (203) 721-8532

40 MAIN STREET
BIDDEFORD, ME 04005
(207) 517-4111
FAX (207) 835-4980

195 ELM STREET
MANCHESTER, NH 03101
(603) 627-0010
FAX (603) 627-0460

11 BROADWAY, SUITE 615
NEW YORK, NY 10004
(212) 541-7136
FAX (212) 840-8560

MELICKLAW.COM

March 28, 2023

**Via ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

   Re: *Palmore v. Napoli Shkolnik PLLC et al.*
      Civil Action No. 1:23-cv-01616-ER

Dear Judge Ramos:

  This firm represents the defendants in the above-referenced action (the "Defendants"). The Defendants respectfully submit this letter motion to request an extension of time to move, plead, or otherwise respond to the Complaint to May 11, 2023.

  The current deadline for the individual Defendants to move, plead, or otherwise respond to the Complaint is April 4, 2023, and the current deadline for the law firm Defendant to respond to the Complaint is April 5, 2023. Each of the Defendants is seeking an extension of the deadline to respond to the Complaint to May 11, 2023. This is the Defendants' first request for an extension of time to respond to the Complaint. The Plaintiff consents to the requested extension.

  The requested extension is necessary to provide the Defendants with sufficient time to investigate the factual allegations contained in the Plaintiff's 59-page Complaint and to prepare the proper responsive filing.

  Accordingly, the Defendants respectfully request that the Court extend their time to move, plead, or otherwise respond to the Complaint to May 11, 2023, as consented to by the Plaintiff.

Melick & Porter, LLP
March 28, 2023
Page 2

                                          Respectfully submitted,

                                          HOLLY G. ROGERS

                                  By: */s/ Holly G. Rogers*
                                          Holly G. Rogers, Esq.
                                          Melick & Porter, LLP
                                          Attorney for Defendants
                                          11 Broadway, Suite 615
                                          New York, NY 10004

cc:    **Via ECF**

        Wigdor LLP
        David E. Gottlieb
        Kassandra Vazquez
        85 Fifth Avenue
        New York, NY 10003